**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON**

**CIVIL ACTION NO. 15-129-DLB-CJS**

**KRISTIN REED**                                                                                          **PLAINTIFF**

**V.**            **ORDER ADOPTING REPORT AND RECOMMENDATION**

**FIFTH THIRD BANK, INC.**                                                                   **DEFENDANT**

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court upon the Report and Recommendation ("R&R") of United States Magistrate Judge Candace J. Smith, wherein she recommends that the Court dismiss Plaintiff's action without prejudice for failure to prosecute and to comply with court orders pursuant to Federal Rule of Civil Procedure 41(b). (Doc. # 25). No objections having been filed, and the time to do so having now expired, the R&R is ripe for the Court's consideration. The Court having reviewed the R&R, concluding that it is sound in all respects, and being otherwise sufficiently advised,

**IT IS ORDERED** that the Report and Recommendation is **adopted** as the Opinion of the Court, that Plaintiff's action be **dismissed without prejudice** for failure to prosecute and to comply with court orders pursuant to Rule 41(b), and that the Clerk of Court be **directed to close this case**.

1

This 30th day of September, 2016.



Signed By:
David L. Bunning
United States District Judge

K:\DATA\ORDERS\Cov15\15-129 Order Adopting R&R.wpd